■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SCOTT B. HALL, Appellant. [869 NYS2d 350]

The appellant had failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Mastro, J.P., Rivera, Covello and Angiolillo, JJ., concur.